IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAFAEL ANGEL SOTO, JR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                              CASE NO. 1D14-1428

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed September 4, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Rafael Angel Soto, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for belated appeal is denied on the merits.

PADOVANO, THOMAS, and ROBERTS, JJ., CONCUR.